### DECLARATION OF ANDREW STETTNER

I, Andrew Stettner, am over 18 years of age and am competent to testify. I declare as follows:

1. I am a senior fellow at The Century Foundation. I have twenty years of experience conducting research and developing policies to improve social insurance programs, with a particular focus on Unemployment Insurance (UI). I previously led efforts to modernize the UI safety net, culminating in a package of reforms enacted in the Recovery Act in 2009. I have closely analyzed the performance of UI programs during the COVID-19 pandemic and the roots of those challenges. I have published dozens of policy reports, and I currently oversee The Century Foundation's UI dashboard. *See* https://tcf.org/content/data/unemployment-insurance-data-dashboard/. I am a graduate of Columbia University, and I hold an MPP from Georgetown University.

2. I conducted analysis using several U.S. Department of Labor (DOL) sources including DOL's Monthly Benefits and Timeliness and Quality Reports, available here: https://oui.doleta.gov/unemploy/btq.asp. I also looked to information from DOL regarding the minimum performance standards established by that federal agency, available here: https://oui.doleta.gov/unemploy/ranking.asp. I also looked to DOL's raw data from Employment and Training Administration (ETA) reports, available here: https://oui.doleta.gov/unemploy/DataDownloads.asp.

3. Maryland's UI program was performing poorly throughout the pandemic and saw little improvement through September of 2021. DOL's data for the most recent quarter for which data is available – July 1, 2021, through September 30, 2021 – show that Maryland pays claimants' initial eligibility for UI benefits within 21 days of the end of the first compensable

**EXHIBIT 12**

(the first week for which they are eligible) week just 43.2% of the time. Maryland ranks 44th of 53 jurisdictions in this metric.

4. Moreover, for continued claims, which are predominantly for individuals who have already received a first payment for state benefits and continue to make weekly claim certifications, Maryland paid a mere 18.9% of such claims within 14 days of the end of the filing week, failing to pay such claims within 14 days 81.1% the time.

5. What this data suggests is that thousands of unemployed individuals are not receiving timely UI benefits in Maryland. For initial claims, looking at the number of claimants in the third quarter, approximately 8,850 of eligible and paid claimants did not receive UI benefits within 21 days of their first compensable week. Likewise, there were 45,000 weekly payments for eligible and paid continued claims that took longer than 14 days to reach Marylanders, due to interruptions or delays in determinations.

6. With regard to overpayments, my review of DOL's data from the third quarter of 2021 shows that Maryland issued a total of 28,968 overpayments for all state and federal UI programs during this three-month period, including 21,121 concerning PUA alone.

I declare under penalty of perjury that the foregoing is true and correct.

DocuSigned by:
_____        11/23/2021
Andrew Stettner                          _____
                                         Date