**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

MARK GORRES, et al.,

Plaintiffs, on behalf of themselves and others similarly situated,

v.

TIFFANY ROBINSON, in her Official Capacity as Maryland Secretary of Labor,

Defendant.

Civil Action No.: 1:21-cv-03029-GLR

**JOINT MOTION FOR SETTLEMENT ORDER**

Plaintiffs and Defendant (collectively, the "Parties"), through their undersigned counsel and pursuant to Local Rule 111, hereby jointly move for a settlement order in this case and state as follows:

1. On January 19, 2022, this Court granted the Parties' Joint Motion for Stay in this matter to allow the Parties to continue with settlement discussions and mediation. ECF No. 24.

2. After extensive bilateral discussions and mediation sessions facilitated by Magistrate Judge Susan K. Gauvey, the parties have reached a settlement.

3. The settlement provides that the case be dismissed, subject to re-opening by any party no later than **June 7, 2024,** to seek to enforce the settlement agreement.

WHEREFORE, for the reasons stated herein, the parties jointly move the Court to enter the Local Rule 111 settlement order filed herewith.

Dated: December 7, 2022

Respectfully submitted,

**PUBLIC JUSTICE CENTER**

/s/

Monisha Cherayil, Fed. Bar No. 18822
David Rodwin, Fed. Bar No. 18615
201 North Charles Street, Suite 1200
Baltimore, Maryland 21201
Telephone: (410) 625-9409
Facsimile: (410) 625-9423
cherayilm@publicjustice.org
rodwind@publicjustice.org

**GALLAGHER EVELIUS & JONES LLP**

/s/

Paul S. Caiola, Fed. Bar No. 2394
Meghan K. Casey, Fed Bar No. 28958
218 North Charles Street, Suite 400
Baltimore, Maryland 21201
Telephone: (410) 727-7702
Facsimile: (410) 468-2786
pcaiola@gejlaw.com
mcasey@gejlaw.com

Attorneys for Plaintiffs

**BRIAN E. FROSH**
**ATTORNEY GENERAL OF MARYLAND**

/s/

Nicholas C. Sokolow, Federal Bar No. 29490
Assistant Attorney General
Maryland Office of the Attorney General
1100 N. Eutaw Street, Suite 605
Baltimore, Maryland 21201
(410) 230-6124

Nicholas.Sokolow@maryland.gov
Attorneys for Defendant Tiffany Robinson (in her Official Capacity)