**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

MARK GORRES, et al.,

Plaintiffs, on behalf of themselves and others similarly situated,

v.

TIFFANY ROBINSON, in her Official Capacity as Maryland Secretary of Labor,

Defendant.

Civil Action No.: 1:21-cv-03029-GLR

## LOCAL RULE 111 SETTLEMENT ORDER

UPON CONSIDERATION of the Joint Motion for Entry of Settlement Order filed by the parties (the "Motion"), it is this ______ day of _________________, 2022 hereby

ORDERED that, pursuant to Local Rule 111, this case is dismissed without prejudice to the right of any party to re-open the case no later than **June 7, 2024,** to seek enforcement of the settlement agreement entered into by the parties.

_________________________________
George L. Russell, III
United States District Judge