# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARK GORRES, et al.,<br><br>　　Plaintiffs, on behalf of themselves and others similarly situated,<br><br>v.<br><br>TIFFANY ROBINSON, in her Official Capacity as Maryland Secretary of Labor,<br><br>　　Defendant. | Civil Action No.: 1:21-cv-03029-GLR |

## LOCAL RULE 111 SETTLEMENT ORDER

UPON CONSIDERATION of the Joint Motion for Entry of Settlement Order (ECF No. 48) filed by the parties (the "Motion"), it is this 8th day of December, 2022 hereby:

ORDERED that, pursuant to Local Rule 111, this case is dismissed without prejudice to the right of any party to re-open the case no later than **June 7, 2024,** to seek enforcement of the settlement agreement entered into by the parties.

_____/s/_____
George L. Russell, III
United States District Judge